IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| WILLIAM COLLINS, §<br>TDCJ No. 2023678, §<br>§<br>Petitioner, §<br>§<br>v. §<br>§<br>BOBBY LUMPKIN, Director, §<br>Texas Department of Criminal Justice, §<br>Correctional Institutions Division, §<br>§<br>Respondent. § | | Civil Action No. 7:18-cv-132-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is a habeas action brought pursuant to 28 U.S.C. § 2254. Petitioner seeks a stay of proceedings in order to return to state court to exhaust his state habeas remedies. *See* ECF No. 41. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that Petitioner's Motion to Stay be denied. *See* ECF No. 44. Petitioner did not file objections. The District Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial of the Motion to Stay set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

For the foregoing reasons, Petitioner's Motion to Stay (ECF No. 41) is **DENIED**.

**SO ORDERED** this **26th day** of **October, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE